JS - 6

cc order, docket, remand letter to
   Los Angeles Superior Court,
   Southeast District, Bellflower
   No.11 C 02563

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUANG,<br><br>          Plaintiff,<br><br>     v.<br><br>MIREYA ESPINOZA,<br><br>          Defendant. | Case No.<br><br>CV 11-08285 DDP (MRWx)<br><br>**ORDER OF REMAND** |

   THE COURT having ordered the moving party to show cause in writing, not later than February 23, 2012, why this action should not be remanded and the moving party having failed to respond,

   THE COURT ORDERS that this action be, and hereby is, remanded for failure to comply with the orders of the Court.

   The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: March 8, 2012

                                                          DEAN D. PREGERSON
                                                          United States District Judge